No. 92–2062.   F. P. CORP. *v.* TWIN MODAL, INC.   C. A. 8th Cir. Certiorari denied.

No. 92–7727.   FELDER *v.* TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 92–7807.   FLANAGAN *v.* SHIVELY ET AL.   C. A. 3d Cir. Certiorari denied.

No. 92–7916.   YOUNG *v.* PENNSYLVANIA.   Sup. Ct. Pa.   Certiorari denied.

No. 92–7918.   OSWALD *v.* METZMAKER ET AL.   C. A. 6th Cir. Certiorari denied.

No. 92–8020.   SMITH *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 92–8086.   HENDERSON *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 92–8099.   WILCHER *v.* HARGETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY.   C. A. 5th Cir.   Certiorari denied.

No. 92–8101.   WILLIAMSON *v.* UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 92–8129.   YOUNG *v.* ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

No. 92–8138.   TAYLOR *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 92–8174.   SMITH *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 92–8177.   BEASLEY *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 92–8182.   ABDULLAH *v.* NEBRASKA.   Sup. Ct. Neb.   Certiorari denied.

No. 92–8187.   LATTANY *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.